United States District Court
Southern District of Texas
**ENTERED**
August 04, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | § CRIMINAL NO. H-16-126 |
| | § |
| | § **COMPLEX CASE** |
| | § |
| JORGE ROJO-VILLA, *et al.* | § |

**O R D E R**

Defendant Pedro Rojo filed a motion for continuance and a request to deem this case as complex. (Docket Entry No. 126). The government and codefendants are unopposed to the motion. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. Th emotion to deem complex is GRANTED. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | February 15, 2017 |
| Responses are to be filed by: | March 7, 2017 |
| Pretrial conference is reset to**:** | **April 3, 2017 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **April 17, 2017 at 9:00 a.m.** |

SIGNED on August 4, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge