United States District Court
Southern District of Texas
**ENTERED**
March 16, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO. H-16-126 (1,2,5,8) |
| § | **COMPLEX CASE** |
| JORGE ROJO-VILLA, JOSE ROJO-VILLA § | |
| HUBER CORNEJO, EVELIO VILLALBA § | |

**O R D E R**

Defendant Huber Cornejo filed a motion for continuance and a request to deem this case as complex. (Docket Entry No. 164). The government and codefendants are unopposed to the motion. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. Th emotion to deem complex is GRANTED. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | July 3, 2017 |
| Responses are to be filed by: | July 17, 2017 |
| Pretrial conference is reset to**:** | **July 24, 2017 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **July 31, 2017 at 9:00 a.m.** |

SIGNED on March 16, 2017, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge