IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-16-126 |
| | § | |
| JORGE ROJO-VILLA, | § | |
| JOSE ROJO-VILLA, | § | |
| PEDRO ROJO | § | |

## ORDER

The Defendants' Emergency Motion for Temporary Release from Custody presents a number of obstacles that require the court to deny it. Among other problems, granting the release would raise a number of security issues with no time to address them. The motion, (Docket Entry No. 222), is denied.

SIGNED on July 12, 2017, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge